# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF COLUMBIA

# CIVIL RIGHTS DIVISION

| | | |
|---|---|---|
| JEFFREY R. BERRY, | I | CIVIL ACTION |
| DIASPORA et.al. | I | |
| PLAINTIFFS. | I | Case: 1:23–cv–02519 |
| v. | I | Assigned To : Boasberg, James E. |
| | | Assign. Date : 8/21/2023 |
| JANET YELLIN, | I | Description: Pro Se Gen. Civ. (F-DECK) |
| ROBERT RUBIN, | I | |
| CITIBANK, et.al. | I | |
| DEFENDANTS. | I | |

## THIS IS A CIVIL COMPLAINT

## 42 U.S.C. Section 1983 and Title 50 Section 3033(k)(5)(A)

1.

Plaintiff is a citizen of the United States of America. USA Passport holder #111601585, and represents U.S. TREASURY DIRECT ACCOUNT #912810BU1. This account was robbed on March 13th, 1998, and is the seed of the March 13, 2005 collapse of the RIGGS Bank, and March 13th, 2008 Bear Sterns… $700 Billion Bail-out. The evidence reveals why no bank officers were never prosecuted. The theft never left the Treasury Department. Therefore, enormous efforts have been conducted to keep this evidence silent. After several attempts to report this "Act of Treason", (after the attempted assassination) I have been kidnapped twice, tortured, sentenced to 134 months in prison by a continuing criminal enterprise, operating "Under the Color of Law".

2.

The Defendants are all citizens of the United States. Members of the Executive, and Judicial branches of government, and state employees. The theft took place between ROBERT RUBIN and the INTERNATIONAL MONETARY FUND March 13th, 1998. Citibank and EUROCLEAR/MORGAN STANLEY underwrote the issuance of (10) ten year notes. What was identified in 2008 as "Toxic Stock". This is the creation of the "Toxic Stock" that collapsed the U.S. economy. This Cabal has used Anthrax, Murder, Mass murder, and staging a war to cover up their deeds. This complaint is being filed because it can stop World War III.

3.

Jurisdiction of this court is invoked pursuant to **Title 28 USC 1343(3) and (4) and 28 USC 2001.** This action is brought pursuant of the Thirteenth Amendment, Eighth Amendment, Fourteenth Amendment, Fifth Amendment, of the United States Constitution to redress the deprivation of rights, privileges and immunities secured thereby.  The United States Treasury, RIGGS Bank, and the American citizens have been robbed of life, liberty and freedom by the defendants.

4.

## THE COMPLAINT

This **complaint** is the **"seed"**, (**act that took place in 1998**) that caused of the economic collapse in **2008**. The evidence can be seen by subpoena of Treasury Direct Account 912810BU1, Account of the International Monetary Fund. This is why  President Clinton balanced the national budget in 1999 boasting $746 billion dollars in what he called, **"new money",** while projecting a $1.3 trillion dollar surplus.  The problem arose when the March 13th, 2008 maturity date arrived, and the banks looked at the "Treasury". The Defendants never intended to pay at Maturity, had no plans or knowledge, because the Treasury Account that was robbed is a non-tradable account.  Thus, an Act of Treason against the United States economy, and it's citizens.  The Plaintiff is the legal beneficiary if this account. **See Grand Jury 98-GJ-1400, Chicago seventh circuit.  USA v. JEFFREY R. BERRY.** And <u>JEFFREY R. BERRY v. CITIBANK, F.S.B. 99-cv 7555</u> 7TH Circuit, Defendant CASTILLO<u>. The Plaintiff never received the funds that belong to him.</u>

5.

## HISTORY OF THE CASE

The history of this case stems from the Bretton Woods conference, and the nations that supported the United States of America and Britain.  The agreement between Lord Keyes and Morganthau secured the global circulation of the U.S. dollar.  These nations that supported the United States of America in 1945 were robbed.  New nations joined in the second trade cycle, (30 year US Bonds), between 1975 and 2005.  This clearly explains the global collapse in 2008.

**May 1945** – (Bretton Woods Conference) (30 year Bonds were issued for Gold).  **May 15th, 1975**, on the second rotation of Treasury Bonds issued, Riggs Bank opened account #27,441, 27,840, and two other accounts by Warren Kendall Morgan at the Riggs Bank.  **March 13, 2005**, the Riggs Bank collapsed on redemption date of the (10) year ("MTN") issued **March 13th, 1998.**  And Bear Stern collapsed **March 13th, 2008** for the same reason.  The Defendants robbed the U.S. Treasury, issued $1.3 trillion in ("MTN"), and never planned on redeeming the "Toxic Stock".  This is flagrantly an Act of Treason!  The Senate bailed-out the Defendants in 2008, and now, asking our children risk their lives to further cover up Treason.

6.

This action is also brought pursuant **Title 42 USC 1981 and 1982**, to secure the right of Plaintiff to make and enforce contracts and receive security of persons and property as enjoyed by White citizens and to enforce the Plaintiff's rights to purchase, sell, receive, hold and convey personal property on the same bases as white citizens.  If the Plaintiff were white, the United States would be the leaders in the world.

Page 2

7.

This is a suit for injunctive and other affirmative relief against discrimination, which Discrimination is a badge and incident of Slavery and unlawful under the Thirteenth Amendment to the Constitution of the United States and **Title 42 USC 1981 and 1982.** The First Amendment provides no laws shall abridge the Freedom of Speech and to Petition the government for redress of grievance. The Eighth Amendment provides security from cruel and unusual punishment, and the Fourteenth Amendment provides, no state shall make or enforce any law which shall abridge the privilege of immunity of citizens of the United States, nor shall any state deprive any person of life, liberty, or property, without Due-Process of Law; nor deny to any person within its jurisdiction the equal protection of the law.

8.

This is an action for the security of freedom from unlawful interference with the rights to receive, possess and hold money and monetary attributes.

9.

This is an action for damages against the named Defendants in person, and in concert. The action provides evidence of a conspiracy not only to suppress the fact that the United States Treasury was robbed internally, but the kidnapping, torture, and held in peonage after a failed assassination attempt to silence.

10.

## STATEMENT

### This is why Defendant YELLIN has no respect globally!

**June 9th, 1999- President Clinton said of YELLIN:**

"Her extraordinary intellect and keen grasp of domestic and international economics have contributed enormously to the formation of my administration's policies in critical areas ranging from social security, health care and the budget to trade and international finance."

The Plaintiff declares, this is why Defendant YELLIN is secretary of the Treasury today.

## THE PLAINTIFF CAN SHOW

**EVIDENCE:**                              {"Quotes from letters"}

**March 22, 1998- GLOBAL LAND DEVELOPMENT  BOB MOWERS   To:    NOTE: JEFFREY R. BERRY**

"Unless I hear from you to the contrary, I will inform our White House contact on Monday that you have received US Treasury Dept. confirmation of **our IMF approval."**

**March 27th, 1998 –   BOB MOWERS**   "A Concerned High Level party has been closely tracking all of Jeffrey's trading activities since IMF approval was granted on **3/13/98.** They reported to us on 3/18/98 that trades were made as of **3/16 – 3/17** which resulted in approximately $1 Billion IMF generated fees/savings/proceeds. They want status on all B & B Projects funding including GLC and Aussieland in particular".

**April 1, 1998 - ROBERT MOWERS**   "Friday noon, 4/3/98 is my deadline for reporting to the White House on specific status of funding for Aussieland/GLD and Enviro Nutrients projects.  President Clinton returns from Africa on Thursday.  He wants to be sure that the I M F approval process has produced its intended results and Benefits.  He is particularly interested in Gloria O'Donnell's promised job and other benefits which she told him would be immediately forthcoming from Aussieland/GLD once IMF approval was in place.  The approval was effective 3/13/98."

**April 6, 1998 – Jeffrey - BOB MOWERS and TOM CORTNEY    "NOTE:** Jeffrey, President Clinton called yesterday (Sunday 4/5/98) reference B & B's IMF status.  We must let him know this evening if anything is wrong so he can fix it immediately.  He would like a status by Wednesday noon on the funding of Aussieland, GLD and ENI and any other B & B project's being funded at this time.

Talk to me Jeffrey.  We have provided the IMF approval to you on a silver platter.  The folks involved deserve a big thank you as soon as you let us know everything is hooked up properly."   **[EXHIBIT A ]**

The PLAINTIFFS project was to develop THE UNIVERSITY OF HUMANITY. This project would have been the seed of Reparations, and the Home of the 2016 Olympics in Chicago.  Gloria O'Donnell and President Clinton had interest in a project in Australia as seen in Exhibit A.

The Defendants created their own empire with stolen money from the Treasury, covered up by a $700 billion dollar bail-out, and we are going to face war at home and abroad to continue to protect the Defendants if this evidence is overlooked.  This (RICO) is so powerful, they can issue "anthrax" to senators and news people to silence.  What they have done to destroy evidence is horrific... **September 11, 2001!**

So they allow the United States of America to fail, while they enjoy billions upon billions of dollars, and want our children to go to war to protect their Cabal.  The truth will set America free!  Not WAR!

**Exactly what did they do?**

1) Denied the Plaintiff from having access to his US Treasury Account;
2) Robbed the United States Treasury 912810BU1 in March 13th, 1998;
3) Manipulated the stolen asset into $746 billion dollar in "Toxic Stock" by June 23rd, 1999;
4) Held the US Senate hostage in 2008 to bail "them" out;
5) Creating a war to retain land purchased with stolen funds invested in Ukraine.

The PLAINTIFF was kidnapped twice, tortured, following a failed assassination attempt for filing a law suit exposing the Defendants. The Defendants went as far as mailing (military grade Anthrax) to conceal this evidence and as a sign for others in 2002.  Blow up the wire trail, and shred the paper trail.  But there are copies of everything available herein.

**The Supreme Court states,** "In all cases where the Constitution seeks to protect the rights of its citizen's from discrimination and unjust laws of abrogation and denial of rights, which denounce, and for which clothes Congress with Power to remedy." **Title 42 U.S.C. Section 1981, 1982 and 1983- "** to secure the right to make and enforce contracts and receive security of persons and property enjoyed by white citizen's, and to enforce rights to purchase, sell, receive, hold and convey personal property on the same basis as white citizen's."   The evidence is recorded in the following:

JEFFREY R. BERRY V. CITIBANK, F.S.B., 99-cv-7555, 7ᵗʰ Cir. Judge Ruben Castillo

The law suit went to court, and when it was found that evidence was available to the court that criminal activity did exist, and the benefactor was the Plaintiff, Judge Castillo recommended to the Defense attorney to file a summary Judgment in open court.          **[EXHIBIT   B]**

## STATEMENT OF FACTS

1.

This Civil Rights complaint is of "Urgent concern". The evidence reveals (RICO) stems from the Executive, and Judicial, branches of government.  The Plaintiffs "Securities" are attached to the following account.  Four (4) International Bank Guarantees issued in my name against the Treasury Account # 912810BU1.  The upcoming Civil War here in America, and the global war can be avoided if the Plaintiff is compensated for the injuries occurred between March 13ᵗʰ, 1998, and "Today".

2.

The evidence can be traced from the following accounts established in Morgan Stanley and Citibank.

April 2022, the Plaintiff received a letter from **"MORGAN STANLEY DATA SECURITY SETTLEMENT-SETTELMENT ADMINISTRATOR, P.O. BOX 6758, PORTLAND, OR,   97228-6758"**

Addressed to: **F1R74-0105139A        -    Jeffrey R. Berry   2609 W. 79ᵗʰ St.  Chicago, Illinois 60652-1708"**

3.

These are the International Bank Guarantees that were issued in favor of the global Humanitarian Treaty.

**The urgent concern regarding this message is;** the name, address, and account are connected to US Treasury Direct Account 912810BU1. Specifically drawers number 27,441 and 27,840.

| | | |
|---|---|---|
| International Bank Guarantee #PBMRF, | June 4ᵗʰ, 1999 - $10,000.00 | (Drawer # 27,441) |
| International Bank Guarantee #PBMRF, | June 5ᵗʰ, 1999 - $100,000,000.00 | |
| International Bank Guarantee #PBMRF, | June 6ᵗʰ, 1999 - $100,000,000.00 | |
| International Bank Guarantee #55-F/DRC | August 26ᵗʰ, 1999 - $210,000,000.00 | (Drawer # 27,840) |

4.

The reason for concern today, is more critical than it was in 2008.  (**See** JEFFREY R. BERRY v. CITIBANK – 99 CV-7555, 7ᵗʰ Cir.  DEFENDANT Ruben Castillo.)  **All the evidence is recorded here,** and the Court of Appeals.  The reason for concern today is my CITIBANK officer and my securities dealer was assassinated before he could approach the United States Supreme Court with hard evidence.  **[EXHIBIT C]**

5.

Treasury Direct Accts; # 912810BU1 was a non-tradable Humanitarian account. "Global Humanitarian projects only". The Plaintiffs project in America is located at 8080 Lakeshore Drive, Chicago, Illinois. The project was to develop THE UNIVERSITY OF HUMANITY. After development, would have been considered for the site of the 2016 Olympics. This was a direct act of War on the economic system of the United States of America and all of its citizen's.

6.

The Defendants, (RICO), Under the Color of Law, intentionally abuses the US Constitution, Federal Laws with malice and power to **suppress** and **conceal this information**. The United States Senate bailed-out this (RICO) sacrificing taxpayer money, life, and future generation's livelihood. What happened between March 13th, 1998, and April 11, 2000, is the reason we are $30+ trillion dollars in debt…, fighting war(s)… COVID – 19 attacks, and counting. The only way to stop the spread of this web of evil is to address the criminal activities revealed in this motion. All the evidence revealing this Act of Treason was recorded in the F.B.I. files (#196D-CG-107370). Defendant DOBROVITS conspired in concert with Defendants. See case: USA v. **JEFFREY R. BERRY** – **Grand Jury 98-GJ-1400.** Expired without a True Bill or legal indictment. I make reference to the Grand Jury, because the evidence presented during my testimony explains it all.

7.

The PLAINTIFF can show, Defendant RUBIN, while Secretary of the Treasury committed Treason. This is why it was so difficult for the Senate understand. Federal judge(s), F.B.I. agent(s), United States Attorney(s), and assassin's conspired in concert to cover it up. The United States Supreme Court stated, "No state legislature, or executive, or judicial officer can war against the constitution without violating his/her undertaking to support it." **US v. WILL,** 449 U.S. 200, 216, 101 Supreme Court, 471, 66 L. Ed 2d 392, 406, (1980) **Cohen v. Virginia,** 19 U.S. (6 wheat 264, 404, 5L Ed 257 (1821) **Title 31 U.S.C. Section 5342(a)(1)(B)** states- "While the Secretary of the Treasury has responsibility to act with regards to Federal Offences which are being committed in a particular locality, or directed at a single institution because modern financial systems and institutions are **interconnected to a degree which was not possible until recently, money laundering and other financial crimes** are likely to have local, state, national, and international effects." Defendant RUBIN navigated the entire scheme right before our eyes! Therefore, he could easily navigate the crime into "space", which is exactly where he left the U.S. Senate, and the American citizen's. Meanwhile, they share hundreds of billions of dollars, and forces the Senate to cover their tracks with an additional $700 billion dollars that they also stole.

8.

The **"settlements"** between Citibank and the SEC was Sedition of Treason. This was money laundering at the highest  level of government. The same reason "why $700 billion dollars was requested", is the same reason President Obama didn't say "why we would be attacked in 2014 by COVID-19". I know the Defendants are rich, but are they more valued than the collective citizens of the United States.

Page 5

9.

The following evidence will give you a simple common sense view of the truth.  The American debt is not hidden, the families killed in injured on September 11, 2001, and before are not hidden.  The families who lost their life saving in 2008 are not hidden.  The global citizens who lost their life due to COVID – 19 is not hidden. The wars globally today are not hidden.  Then why should **"seed" cause of the economic collapse remain concealed**?  American citizens should know why we are being targeted at work and now at home.  Breeding hatred is turning a blind eye because of who you see. This is a global economic war!

10.

The Due-Process clause of the Federal Constitution's Fourteenth Amendment, like the Due Process clause of the Fifth Amendment, is intended to prevent government from abusing power, or employing it as an instrument of oppression." **DESHANEY v. WINNEBAGO COUNTY DEPARTMENT OF SOCIAL SERVICES,** 489, us 189, 109, Supreme Court

11.

## STATEMENT OF THE CLAIM

The PLAINTIFF contends, if the US Treasury Account was not robbed by DEFENDANTS, the United States of America would have enjoyed the fruits of being the world leader in economics, energy and agriculture. Depriving the PLAINTIFF $4.224 billion dollars, (Treasury Account) while DEFENDANTS created $746 billion counterfeit dollars in **"non-underwritten" (10) ten year bank notes**. The DEFENDANTS crippled the PLAINTIFF, and collapsed the U.S. economy, and now want our children to fight a war to protect the assets purchased with the counterfeit money manufactured.

12.

The Defendants conspired in concert utilizing the "Justice Department", "Federal judges" and the Federal Bureau of investigation. The judge[s] were appointed by President Clinton in Chicago to cover up the Act of Treason.  The DEFENDANTS have conducted many nefarious actions to destroy evidence that would have allowed the PLAINTIFF to invest $18 billion dollars in America, create millions of jobs while educating our children about the importance of global Humanity.

13.

## THE PLAINTIFF

The PLAINTIFF is a U S citizen, Humanitarian, US Passport #111601585.  Issued September 11, 1997 in New York. Following a meeting with Cantor & Fitzgerald, and JT Lawrence, I traveled to the United Kingdom. There, I was appointed beneficiary of the thirty (30) year Treasury Bearer Bonds registered to Treasury Direct # 912810BU1.  The Bonds were purchased through the RIGGS Bank, May 15th, 1975, by then private banker, Warren Kendall Morgan. The PLAINTIFF is capable of creating and developing humanitarian projects with **"underwritten instruments"**.  The PLAINTIFF has a special skill in global trade that would have allowed me to develop humanitarian projects globally in the fields of agriculture, health, education and energy.

14.

The PLAINTIFF was prepared to purchase the land in Chicago, 8080 Lake Shore Drive from USX, through then agent Jack Jaborski. The land was to be used as the home of the University of Humanity. This University of Humanity was planned to be an international exchange student center for global students to exchange Humanitarian ideas. Due to personal relationships with members of the Olympic planning committee, it would have been an advantage for the Olympics for 2016 to be held in Chicago. The contractors, funding, and efforts were made to begin construction, and the Plaintiff was beneficiary of the Bearer Bonds issued May 15th, 1975 by warren Kendall Morgan at the RIGGS Bank.

15.

The following information is only available to the **beneficiary owner of the TREASURY account**, or the **Secretary of the Treasury**. The Treasury account contains **(4) four private drawers**; # 27,441; # 27,840; # 28,...; and #28,.... There was a special private contract between the owner and the Treasury accounts: To pay the principle in (25) twenty five years. 1975 to the year 2000. Paying the principle in 2005, (30) thirty years. The (4) four bank Guarantees were issued against the Interest payment only.

16.

The PLAINTIFF can show, the DEFENDANTS, stole Treasuries, created and sold (1) one billion dollars per day, beginning March 13th, 1998, as seen in **Exhibit B**. The (RICO) fraudulently created $746 billion dollars in ten year Medium Term bank notes between 1998 and 1999 OF NON-UNDERWRITTEN (10) year notes. The victims were the Social Securities, 401 K, Mortgage companies, automotive companies, and any other company that collapsed in 2008. All held what the media called, "Toxic Notes". These toxic notes were laundered through every big company that had social security, pension funds, 401K, and mortgage companies.

17.

The PLAINTIFF can show, state employees from the Judicial branch, Justice Department, Citibank, Morgan Stanley, Federal Bureau of Investigations, and United States Attorneys have conspired in concert. When the Plaintiff exposed, the treasury heist ENRON, World Com, and AUTHUR ANDERSON collapse. The $18 billion requested by ENRON was a fraudulent version of my contract, which is in all my records.

"When a state officer acts under a state law in manner in violation of the Federal Constitution, and is subject in his/her person to the consequences of his/her individual conduct. The state has no power to impart to him/her immunity from the responsibility of the Supreme authority of the United States."

18.

The Plaintiff declares, this report needs immediate attention because the DEFENDANTS have held the United States citizens and the United States Congress hostage since March 1998. This report connects the dots from the original crime committed, through the events today. If these criminals collectively are above the law, turn a blind eye, and the world will respond in the same manner when the war begins. The United States economy is under attack is response to it attacking the global economy being attacked.

19.

**Only one person could have committed the criminal act.  The US Treasury account was Humanitarian;**

a)  May 15th, 1975- Warren Kendall Morgan from the Riggs Bank negotiated a private deal at the U.S. Treasury to purchase (30) thirty year Treasury Bonds for and on behalf of four clients. (Nations)

b)  The private deal would allow the interest payment from the Treasury account to be paid in (25) twenty five years, (2000), while the principle to be paid in 30 years, (2005).

c)  Between June 4th, and August 26th, 1999, the owners of the Treasury accounts issued (4) Four International Bank Guarantees of $420 million dollars to be redeemed against interest date payout in 2000.

d)  The (4) four "30 Year Treasury Bearer Bonds" value in 2000 would be 4.224 billion USD

e)  On March 13th, 1998, the International Monetary Fund cleared the projects to be developed in different nations of humanitarian concern.  The World Bank also supports the developments.

f)  On March 27th, 1998,   it was reported that $1 billion dollars in trade related funds were conducted in favor of the International Monetary Fund by the Plaintiff.

g)   On April  5rd, 1998, President Clinton returns from Africa on an unsuccessful visit;

h)   On April 6th, 1998, President Clinton requested an update on the IMF status;

i)  June 4th, 5th, and 6th of 1999, (3) International Bank Guarantees were issued against the maturity date by the owners of the Treasury Bonds in total value of $210 Million dollars. (Drawer 27,441)

j)  On August 26th, 1999, the fourth International Bank Guarantee was issued for $210 million dollars. (Drawer 27,840)

k)  K The (4) four International Bank Guarantees would mature upon redemption date of the Treasury Bonds interest payment (only) in the year 2000.

Many nations invested billions of dollars, waited 25 years for the return on the investment, and it was stolen. Many nations invested in the United States Treasury therefore, the United States Treasury and the Plaintiff were robbed.  The accounts did not belong to the Treasury Department.

l)  June 23rd, 1999, President Clinton announced in the Rose Garden that the budget was balanced, and America could expect a 1.3 trillion dollar surplus by the year 2010.  But as of today, the administration had raised $746 billion dollars.  President Clinton used charts and speeches to Congress on what could be done with what was referred to as **"new money"**.

m)  On July 15th, 1999, the Trustee and beneficiary opened an account at Citibank utilizing only the $10 million dollars that was issued on June 4th, 1999.            **See EXHIBIT D**

20.

President Clinton boasted about **"New money"** that was the proceeds of a Treasury **"Bank Kite Scheme"** that net by June 23rd, 1999, "$746 billion dollars."  There is a step by step account of what happened in the following law suit. The (RICO) was motivated to cover up any and all evidence that the Treasury heist existed.  This included removing people, places, and things.

21.

The following evidence is a direct result of covering up the Act of Treason.  The Humanitarian world responded on April 11, 12th, 13th, and 14th 2000. **(See Wall Street Report)** DEFENDANT CASTILLO decided to join the (RICO) in open court taking a leadership role.  The global financial market was invited, and responded.  The events following this date bring us to the brink of a total economic collapse.

**United States District Court**- 219 South Dearborn, Chicago, Illinois, 60604 - Dirksen Federal Building

<u>**JEFFREY R. BERRY V. CITIBANK, 99-CV-7555, 7TH Cir.  Judge Ruben Castillo –**</u>

<u>(In 1999, the PLAINTIFF sued CITIBANK for $19.5 billion dollars)</u>

**April 11, 2000- Within one hour after pre-trial was released, Wall Street crashed... conspiracy exposed!**

**THE COURT**: "I think a second amended complaint at this point at least purports a state to cause of action here, and so what I'm going to do is give you some time to answer or otherwise plead to this complaint, and you can do whatever you feel free to file whatever you want.

**I would suggest** to you probably more in the **order** along the lines of your talking at least is a **motion for summary judgment** than a motion to dismiss because **remember**, a motion to dismiss I must take the allegations of the complaint as true, as well as any inferences that might follow.  So, it's very hard to dismiss a complaint out of a 12(b)(6) motion."  .....

**THE COURT**: "**Well, I'm not getting into the merits**.  All I needed to determine is if a proper complaint has been filed.  I've determined that one has been filed."

This is how you cover up a crime in court, don't get into the merits.  So what was the case decided upon?  The US Stock Market collapse minutes later.    This conspiracy was able to suppress and conceal this evidence through systematic, systemic and hatred towards the Plaintiff.        **[See EXHIBIT E]**

On June 6th, 2000, the case was closed, and never allowed to re-address this issue on Appeal.  "As every man has a natural right to the fruit of his labor, it follows that no other person can rightfully deprive him of those fruits, and appropriate them against his will."  **The Antelop, 10 Wheat 66 [6 L Ed 268]**

22.

If the United States Treasury account was not robbed, and the (RICO) did not exist, the United States of America would have been host to the 2016 Olympics in Chicago.  Following the Olympics event, the facility would have been home of "The University of Humanity".   If the PLAINTIFF were white, the United States would be one of the most advanced nations on earth in economics and agriculture.

23.

 Systematic racism, systemic racism, and white Supremacy has sustained its power in this case due to the (RICO) established by 6 judges appointed by President Clinton, and (2) two judges appointed by President Regan. The DEFENDANTS work in concert.  If these common criminals are above the laws, we believe that the America citizen's, and our global communities should be advised.  Collectively, we can turn our economy around, and be assured our Senate, Congress, and citizens this never happens again.

24.

The PLAINTIFF can show, the DEFENDANTS began June 17th, 1998, shortly after I received IMF and World Bank clearance March 13th, 1998. This mission was initiated by F.B.I. special agent Defendant DOBROVITS June 17th, 1998 –  (F.B.I. File#196D-CG-107370) Grand Jury # 98-GJ-1400.

25.

**JAMES B. ZAGEL** – Defendant ZAGEL was summons because he was a senior judge, and extremely racist. The judicial complaint is attached. Perfect example of Neo NAZI than anyone I have ever encountered. He attempted to paint the Plaintiff "mentally challenged for speaking about this "evidence", while suppressing and concealing the truth. The Defendant FITZGERALD manufactured criminal convictions on my record.

26.

**U.S.A. v. JEFFREY R. BERRY – 03-CR-961 – Defendant Zagel Judge, 7th Cir.**

**Grand Jury #98-GJ-1400 did not indict the PLAINTIFF  : No True Bill... No Indictment issued!**

**April 16, 2004**- Judge James B. ZAGEL nefariously blatant racist remarks throughout the entire court preceding began like this.  This was satanic!  He saw the truth, just like defendant CASTILLO, but hate filled their hearts, and what came out of their mouths in open court confirms this fact.

**THE COURT**- "What I am unprepared to accept is the necessity for your presence or your role in this deal.  That there are construction contracts and discussions with various people—that there are brochures prepared – I am willing to concede that all that has happened or will happen and is legitimate. What I am unprepared to accept is the necessity for your presence or your role in this deal.

**The truth of the matter is**, if you would have come to me and said, I have this deal and it is a $300,000 deal, **I think you might have been better off**.  You don't appear on the surface to have the background to be involved in a significant way in a deal of this size." **Blatant malicious racist!  Neo-Nazi like spirit!**

27.

The PLAINTIFF contends, the truth of the matter is, Defendant ZAGEL is obviously a blatant racist hateful person committed the heinous act of Kidnapping, torture, and should be recognized as a leader.  In one of his hateful rages, DEFENDANT ZAGEL states: **"Anything that I do in open court, I'm absolutely immune".**

DEFENDANTS FITZGERALD and HAMILTON manufactured an indictment, planted convictions on my record to secure a sentence of (11) eleven years in prison.    This is a very racist, evil team of criminals hiding in the shadows practicing "injustice".  Usurp the constitution, laws, intentionally because of their power.

28.

**July 16, 2006 – Document #82, Page 2 of 3   Foot Note #3** "I note that the challenged rulings all address the question of Defendants ability to travel abroad.  I have expressed no view on the merits of the charges against him, **which only involve past conduct on which no evidence has been presented."  [In 2006?]**

29.

This is Defendant ZAGEL admitting that after an investigation that began June 1998, going to pre-trial since April 2004, Defendant ZAGEL states, "I have expressed no view on the merits, **on which no evidence has been presented". [No evidence was presented after nine years.]**

30.

The Plaintiff filed (2) motions of recusal, and a federal racketeering charge against several of the DEFENDANTS. The Plaintiff kidnapped, "under the color of law", and filed a law suit against the (RICO) in 2007. I was in trial months later. Jurisdiction was never established, therefore, this was kidnapping!

31.

**NOTE**: DEFENDANT ZAGEL expresses blatant lies, deceit and anguish from the bench.

**August 9th, 2006 -** Judge  ZAGEL gets caught up in his own blatant obvious lies.

"All this is based soley upon Defendants own account of his situation. With respect to his upcoming deal, despite the fact that some documents must exist. Defendant has not shown any proof of these contract negotiations." (Please re-read # 26 above)

32.

The scheme to attack the mental competence of the PLAINTIFF failed in 2004, when I was kidnapped, and an attempt to send me to a mental hospital was exposed by Congressman Bobby Rush. The (RICO) went into hiding for a few years, and rekindled their hatred in 2007. A Federal (RICO) law suit was filed in the Seventh Circuit, and the DEFENDANTS appointed by President Clinton went to work. This was the second wave of Sedition, Aiding and Abetting a (RICO), under the Color of Law. The conspiracy to silence the PLAINTIFF destroyed the family of the PLAINTIFF, the families effected by bogus Wars, September 11, 2001, the economic collapse of 2008, and the beginning of biological warfare, COVID – 19.

33.

**APRIL 23rd, 2007-**            Day One in court... Trial.

**HAMILTON:** One matter. The government filed a consolidated motion in limine on April 9th, and some of them obviously deal with evidence, some of them deal with potential arguments.

**The Court:** I actually have notes on that one.

**THE COURT:** Right. The first is a motion in limine designed to bar argument or evidence designed to elicit jury nullification, which in sub-categories are the following:

An argument or evidence of Outrageous Government conduct, that Motion in limine is granted. An argument about motivation for investigating or prosecuting this case is also barred.

An argument to invoke sympathy on the grounds that the defendant has a wife and children and should, therefore, be acquitted, are also granted. Or to put it another way, Mr. Berry, the only issue in this trial is what you did or did not do, **not what the government did or did not do." (See Exhibit F)**

Page 11

34.

**WHAT DID THE GOVERNMENT DO SO EXTREME THAT IT ADMITS, VIOLATES HUMANITY?**

1) Robbed the United States Treasury (Treason);
2) Murdered innocent citizen's;
3) Suppressed and
4) Collapsed the United States economy;
5) Held the U.S. Senate hostage for $700 billion dollars;
6) Forced into global wars to keep the economy afloat;
7) Misleading the United States citizen's;
8) Sending Anthrax to a Senator and News reported for wanting to air the (RICO);
9) Destroying the wire trail;
10) Destroying the paper trail;
11) Manufactured a fraudulent indictment without jurisdiction or prima facie evidence;
12) Created a Political Prisoner;
13) Organized a (RICO) within the Judicial Branch of government
14) Kidnapping, Planting false convictions on the PLAINTIFF;
15) Held the PLAINTIFF in Peonage;
16) Created and tortured a Political Prisoner;
17) Assisted in covering up the 2008 stock market crash;
18) Creating a hostile environment inside the United States boarders;
19) Used the oath to office and position of power in a Continuing Criminal Enterprise;
20) Destroying the lives, and the future lives of millions of Americans.

35.

"The seventh circuit Court of Appeals held that the seventh circuit of Cook County is a criminal enterprise." USA v. MURPHY, 768 F. 2d. 1518, 1531 (7th Cir. 1985)

The United States Supreme Court acknowledges the judicial corruption in Cook County when it stated, "Judge Maloney was one of many dishonest judges exposed and convicted through operation Greylord, a labyrinthine Federal investigation of judicial corruption in Chicago." Bracy v. Gramley, 519 U.S. 1074, 117, Supreme Court 1997)

36.

The members of this elaborate (RICO) openly violated the United States Constitution, the Federal Rules of Criminal procedure, and Due-Process of law. In this light we have open ended wars, soldier's used as pawns for certain families and cabal's personal financial gain, and continue to do so this very day. How does a nation so great, balance the budget, and it all disappears within weeks, thus … creating a $30+ trillion dollar debt. The United States economy is collapsing day by day. If we wait until the DEFENDANTS get desperate to achieve their imperialistic agenda, it might call for the United States of Americas leadership to attack itself to create yet another enemy to attack and distract from the TRUTH.

37.

The facts which support a cause of action are apparent or should be apparent to a person with reasonable prudent regard for his rights.  **MULLINAX v. McELHENNY,** 817 F. 2d 711 (11th Cir. 1987) **ASHCROFT v. RANDEL**, 391 F. Supp. 2d 1214, 1219, (N.D. Ga. 2005) Story Noting: The Federal Discovery Rule governing the accrual of a federal civil rights action provides that "a claim occurs when the injured party knew or should have known both, (1) that he has suffered the injury that forms the basis of this complaint, and (2) who conflicted the injury."

38.

## DEFENDANTS

**ROBERT RUBIN**    3416 Prospect St.  N.W.   Washington D.C., 20007-3318

Defendant RUBIN was the mastermind of the entire "Bank Kite Scheme". Being the Secretary of the Treasury, and the person who blocked the account from the rightful owners, and manipulated the account to a fraudulently manufactured $746 billion, a.k.a. – The $700 billion dollar bail-out.  **TREASON**

**CITIBANK -   399 Park Avenue, New York, NY.  10022**

Defendant CITITBANK is the platform where Defendant Morgan Stanley operated the Bank Kite Scheme.

HAROLD GILCREST – 1732 5th Avenue  North  Birmingham, Alabama

Stern, Agee & Leach Group, Inc. – 800 Shades Creek Parkway, Birmingham, Alabama  30522

JANET YELLIN – 1500 Pennsylvania Avenue,  N.W. Washington D.C. 20220 - According to President Clinton, structured the bank kite scheme.

**ALAN GREENSPAN**    1133 Conn.,   Avenue,  N.W.    Washington D.C.  20036

On October 27, 1999, Defendant GREENSPAN was advised of the Treasury heist, and the fact that they were issuing (10) ten year bank notes without a redemption plan.  Why?  Because Defendant GREENSPAN also knew that the (10) ten year notes were fraudulent.  **Sedition of Treason (RICO) Suppression, concealment and conspiracy.**

**JOHN HAWKE, Jr.** Arnold & Porter LLP   601 Massachusetts,  Avenue,  N.W.  Washington DC.  30001

On October 27, 1999, Defendant John Hawke, Jr. was also advised of the Treasury heist, and the fact that they were issuing (10 ten year bank notes without a redemption plan.  Why? Because Defendant Hawk knew they were stolen.  **Sedition of Treason (RICO) Suppression and concealment, and conspiracy.**

**DEBRA BOWLES-WILSON**   1301 McKinney Street, Suite 3710   Houston, Texas 77010

The Comptroller of the currency issued a case # regarding this matter, and shut the case down.  **See case # 12634G    Sedition of Treason - Suppression and concealment of an Act of Treason, and conspiracy.**

Page 13

RUBIN CASTILLO   Akerman, LLP   71 S. Wacker Drive,   47th Floor,   Chicago, Illinois 60606

Aiding and Abetting the (RICO).  His participation was instrumental.  As he staged the initial collapse of the United States economy on April 11, 2000 at approximately 10:00 a.m.  His decision to state in open court that the evidence was there, and instructed the Defendant JOHNSON, attorney for Sidley & Austin to file a Summary Judgment, and the results of that statement reflect of the Wall Street. **SEDITION of TREASON, (RICO), and Aid & Abetting and Conspiracy.**

DANA PAYNE   100 Marietta Street   Atlanta Georgia 30302

Defendant PAYNE from the Federal Reserve Bank in Atlanta / Treasury suppressed and concealed the truth.  **Aid & Abetting, in violation of Sedition of Treason, Conspiracy, and (RICO).**

**DAVID JOHNSON**   SIDLEY & AUSTIN Bank One Tower, 10 South Dearborn Street Chicago, Illinois 60604

DEFENDANT JOHNSON conspired in concert with the (RICO).  Committed perjury before the court, and assisted by Aid & Abetting the ongoing criminal enterprise.

**PATRICK FITZGERALD,** Skadden, Arp, Slate, Meagher & Flom 115 N. Upper Wacker Dr. Chicago Ill. 60606

Defendant FITZGERALD master mind the scheme to kidnap the PLAINTIFF, plant numerous convictions on my record, and attempted to ship the PLAINTIFF off to a mental hospital.  The plan failed when Congressman Rush contacted his office. The first plan failed, and the (RICO) went silent for several years, and after I filed a law suit against them for being the (RICO) that they are, I was kidnapped through a bogus mock trial.  Leadership role: **Sedition of Treason, Aid & Abetting, (RICO), malicious prosecution, Fraud, Planting evidence, Kidnapping, Attempted kidnapping, Peonage, conspiracy.**

**Defendant -   SECURITY EXCHANGE COMMISSION- 100 F. Street, N.E. Washington D.C.**

This is where they conspired to settle with CITIBANK, which is not a Securities company.

**CARRIE E. HAMILTON**                16501 Kenzie Ave.  Markham, Ill.  60428

**Grand Jury:   98-GJ-1400-** PLAINTIFF mentioned the **($700 billion dollars bail-out July 2003**), and Defendant Hamilton mentioned it to the court **April 23, 2007**. The Grand Jury (obviously) saw evidence over the years to support my position.  No True Bill, no indictment issued. The Defendants appointed the Plaintiffs Appeal lawyers: KIRKLAND & ELLIS- (Partner: Defendant CASTILLO) **Aid & Abetting, (RICO), malicious prosecution, Fraud, Planting false evidence, kidnapping, peonage, Fraud, conspiracy.**

**PAUL DOBROVITS,**                15321 South 94th Avenue   Orland Park, Illinois  60462

Began his investigation on or before June 17th, 1998.  In violation of **Title 18 U.S.C. Section 3282**, Defendant DOBROVITS continued to create fraudulent stories that did not pass the litmus test before the Grand Jury, and assisted to enforce a fraudulent indictment, and perjured himself during the mock trial.

**Aid & Abetting, Fraud, malicious prosecution, falsifying documents, suppression of evidence, perjury, violation of Title 18 U.S.C. Section 3282, conspiracy.**

JAMES B. ZAGEL, (ESTATE)                    219 South Dearborn,   Chicago, Illinois, 60604

Defendant ZAGEL did everything illegal from day one. **The Leader of this (RICO),** accepting a known bogus proposed indictment, actually calling a court case, creating the docket sheet, and empowering a known (RICO) operating Under the Color of Law.  His role was critical. His only scheme was to lock me away for as long as he could for what he calls, "my conduct".   As if I were to be happy for these horrific attacks that happened to me and my family.   DEFENDANT ZAGEL even threatens my lawyer, threatens my witnesses, and removes testimony from the transcript. **(RICO), Sedition of Treason, Terroristic threats, terrorism, false imprisonment, kidnapping, fraud, perjury, signing fraudulent government documents, white supremacy, hate crime(s), and perjury Conspiracy.**

**JOAN B. GOTTSCHALL**  219 South Dearborn St.  Room # 2356, Chicago, Illinois, 60604 **JEFFREY R. BERRY V. ZAGEL, HAMILTON, FITGERALD, AND DOBROVITS,** 07-CR-1612 7TH Cir.

Defendant GOTTSCHALL has been consistent with the (RICO) to block, deny and continue her support for the (RICO) mission.  The docket reflects her responses.  (RICO) Sedition of Treason, Aid & Abetting, Violation of the PLAINTIFFS First, Amendment Rights, Conspiracy.  Defendant Gottschall dismissed the case stating: "the Defendant has yet to clear his conviction".  The problem here is, I hadn't even gone to trial yet!  How well orchestrated are they in their conspiracy.

**DAVID COAR,**                             71 S. Wacker Dr., Chicago, Ill.  60606

Defendant COAR has also Aid and Abet the (RICO) if he is even aware that his name was used as Appellate Judge in this matter. Although his name appears as hearing the case, I hold reservations due to all the other illegal activities that surround this entire case. **Aiding & Abetting, conspiracy**.

**REBECCA PALLMEYER**              219 South Dearborn,   Chicago, Illinois,  60604 o 4

Defendant PALLMEYER was consistent to continue to suppress and conceal the evidence.  Her role was to continue to suppress and conceal the evidence**. Aiding and Abetting, Conspiracy**.

**FRANK EASTERBROOK,**              219 South Dearborn   Chicago, Illinois  60604

Defendant EASTERBROOK was the common denominator in the Appeals court assuring that the criminal case was not heard.  His nefarious remarks upon appeal reflects his participation in taunting the PLAINTIFF with Defendant CASTILLO's law firm to defend the Plaintiff without my permission.  This would seal the Appeals court from the Plaintiff, and further suppress the evidence. Aiding & Abetting, (RICO), Conspiracy.

**PHILIP F. HULTGEN**        15168   Turnberry Trail   Lemont, Illinois, 60439-7492

Defendant HULTGEN was called in to attempt to extend the statute of limitations through a waiver.  Once this was ignored, they proceeded to manufacture the indictment within the ranks of the **(RICO). Aid & Abetting, Conspiracy.**

 **ARTHUR LEVITT**        100 Pearl Street, Suite 20-100   New York, NY  10004-2616

The evidence reflecting why DEFENDANT CITIBANK settled for $2.1 billion with ENRON... $2.1 billion is $210, million times (10).  That is the normal leverage from the U.S. Treasury for deals such as these.

Page 15

The evidence reflecting the $18 billion dollars the ENRON sued CITIBANK for was the contract that I held with the (IMF) and World Bank to develop certain projects within the frame work of the Humanitarian Treaty.  The contracts and negotiations will reveal who padded whose pockets by suppressing and concealing the truth. **Conspiracy, (RICO)**

**RICHARD A. POSNER**          219 South Dearborn, Chicago, Illinois 60604

Defendant POSNER is guilty of Aiding & Abetting the (RICO) by denying evidence to be presented to the court, and conspiracy.

**ANN CLAIRE WILLIAMS**          219 South Dearborn Street   Chicago Illinois  60604

Defendant WILLIAMS has been instrumental in suppression and concealment of the (RICO) activity, conspiracy. Aiding and Abetting.

**JANET YELLIN** -                              United States Treasury-

**HAROLD GILCREST** -                         GILCREST Securities- Alabama-

39.

## INJURIES

The personal damage caused to the PLAINTIFF is continuing to increase daily.  The monetary value continues to grow from the capital gains expected from the initial theft, punitive damages, pain and suffering for my family and myself.  Pain, suffering, torture, peonage, and health deterioration.

**Robert Rubin judgment should be: $4,224 Billion USD in favor of the Plaintiff**

During the time that the United States Treasury Account (912810BU1) was robbed the value **was $4,224 million U.S.D. – (4 billion, two hundred and 24 million**) The PLAINTIFF was beneficiary of the account. The account was stolen, and the PLAINTIFF was illegally denied access to the account.

**CITIBANK F.S.B./ CITIGROUPs judgment should be $18 Billion dollars in favor of the PLAINTIFF**

The PLAINTIFF initiated an **$18 billion dollar contract** to develop Humanitarian projects in America, and globally.  Therefore, PLAINTIFF lost $18 Billion, United States dollars because he was denied access to the Treasury Account that would trigger the contract? **$18 Billion in favor of the PLAINTIFF, plus punitive.**

The major damage extends beyond the PLAINTIFF, to the point that America is in a debt that cannot be paid back.  Not even a conversation of paying it back.  Facing an open end global war, because of this initial act of Treason.  A judgment in favor of the PLAINTIFF, is a judgment in favor of America citizens.

**DEFENDANT CASTILLO:** took on a leadership role on the judicial circuit by seeing an Act of Treason, admitting that evidence exists that supports this Act of Treason, and dismissed the case in violation of his judicial duties.  Therefore, DEFENDANT CASTILLO violated his oath to uphold the Constitution and laws, thus, Aid & Abetting the (RICO). **Defendant CASTILLOs judgment should be $10 million in favor of the Plaintiff plus punitive damages.**

**DEFENDANT PAYNE:** DEFENDANT PAYNE suppressed and concealed efforts to retrieve the assets in violation of the FUNDS EXPEDITIONS ACT. As a buffer for the (RICO), her role was minimum, and should be found in **judgment of $1 million dollars in favor of the PLAINTIFF plus punitive damages**.

**DEFENDANT GOTTSCHALL;**     **$1 million dollars in favor of the PLAINTIFF plus punitive damages;**

**DEFENDANT COAR;**     **$ 1 million dollars in favor of the PLAINTIFF plus punitive damages;**

**DEFENDANT PALLMEYER**     **$ 1 Million dollars in favor of the PLAINTIFF plus punitive damages;**

**DEFENDANT EASTERBROOK;**     **$ 2 million dollars in favor of the PLAINTIFF plus punitive damages;**

**DEFENDANT WILLIAMS;**     **$ 1 million dollars in favor of the PLAINTIFF plus punitive damages;**

**DEFENDANT GREENSPAN:** DEFENDANT GREENSPAN for his critical role with the Federal Reserve Board of Governors Chairman **should be charged a judgement of $ 10 Million dollars in favor of the PLAINTIFF plus punitive damages.**

**DEFENDANT HAWKE** Jr., Comptroller General played a role in the (committing Sedition of Treason and also should receive RICO) **by judgement in the amount of $10 million dollars plus punitive damages.**

**DEFENDANT WILSON** - suppressed and concealed the Comptroller case that would have exposed the Act of Treason. Being in a minimum role, DEFENDANT BOWELS-WISLSON should receive a **judgment against her for $1,000.00, in favor of the PLAINTIFF plus punitive damages.**

**DEFENDANT MORGAN STANLEY:** During the time of the Act of Treasons origination, and Fraudulent (10) ten year bank notes being sold through the EUROCLEAR SYSTEM, DEFENDANT MORGAN STANLEY posted financial instruments daily reaching a recorded amount exceeding $746 Billion United States Dollars. The purported Medium Term Notes, also known as ("MTN'S) were sold through securities house within the umbrella of CITIBANK and MORGAN STANLEY during the first tear of leveraging. Therefore, judgment should be charged against **MORGAN STANLEY for a minimum $746 Billion dollars in favor of the PLAINTIFF plus punitive damages.**

**DEFENDANT FITZGERALD:** The DEFENDANT FITZGERALD used his position as a dictator. His desire to silence the PLAINTIFF involved the taking of the PLAINTIFFS Passport #11601585, dis-allowing the PLAINTIFF to make a living, pay for lawyers, to resist this web of evil. There were blatant actions that constitute a violation of laws including, but not limited to the following, and **judgment should be $10 Million dollars in favor of the PLAINTIFF plus punitive damages.**

**DEFENDANT HAMILTON: DEFENDANT HAMILTON was the point guard for the (RICO) for the Department of Justice.** Her role was to suppress and conceal the truth, and manufacture and present lies. She was unsuccessful at the Grand Jury level, which qualifies the extended prosecution, manufactured Indictment, and lengthy sentence her personal responsibility. DEFENDANT HAMILTON should have judgment against her to the years after the legal statute of limitation, June 27th, 2003, **$1 million dollars per year that the PLAINTIFF served in peonage in favor of the Plaintiff plus punitive damages.**

<u>DEFENDANT ZAGEL:</u> **THE DEFENDANT ZAGEL is the judicial leader of the (RICO).** DEFENDANT ZAGEL accepted a known to be fraudulent indictment. And without an indictment, sentenced the PLAINTIFF to 134 months in prison, after a failed 2004 kidnapping attempt. DEFENDANT ZAGELs criminal path to this date is too long to list. But as a leadership position, and a judicial officer, the **DEFENDANT ZAGEL should receive** <u>**Judgment of $10 million dollars per year that the PLAINTIFF was incarcerated and pre-trial plus punitive damages.**</u>

<u>DEFENDANT DOBROVITS</u>: DEFENDANT DOBROVITS was aware that the Grand Jury did not indict the PLAINTIFF, and conspired in concert with DEFENDANT HULTGEN to extend the already expired investigation and Grand Jury 98-GJ-1400. DEFENDANT DOBROVIT committed perjury, lied on the witness stand to the Grand Jury, and during trial. His role was minimum and **therefore judgment should** <u>**be $1 million dollar against the DEFENDANT DOBROVITS, and in favor of the Plaintiff plus punitive damages.**</u>

<u>DEFENDANT HULTGEN</u>: DEFENDANT HULTGEN conspired in concert with DEFENDANT DOBROVITS to execute a fraudulent extension past the Statute of Limitations. His role was minimum, and should be <u>charged in judgment of $1 million dollars, in favor of the PLAINTIFF plus punitive damages.</u>

The PLAINTIFF declares that the above mentioned judgments against each DEFENDANT is minimum compared to the damage that they have conspired in concert to suppress and conceal regarding our economy, and the horrific events used to cover up this Act of Treason.

40.

**RELIEF**

The attack on the life of the PLAINTIFF, the family of the PLAINTIFF, and the citizens of America cannot be denied Justice! The problem that America faces is the world of Humanity is the victim, therefore, the results have been effecting the American humanitarian population, and the future is more dismal than the past. If this (RICO) is not above the law, then we can rekindle the economic markets in America, and resume our position as the leader of the "Free world of Democracy". The PLAINTIFF seek lost wages, lost investment income, and projected investments for my life, and my family.

41.

The PLAINTIFF believes Justice in this case was outlined in the section above ((#38) Injuries, and should be fully compensated for the assets stolen, punitive damages, and pain, suffering, mental anguish, family anguish and the DEFENDANTS locked away for whatever the law requires for the evidence provided in violation of our Constitution and laws. The PLAINTIFF should be returned all investments from Morgan Stanley, CITIBANK, and the United States Treasury.

42.

**The PLAINTIFF contends,** the penalty for Treason, Sedition of Treason, (RICO), Continuing Criminal Enterprise operating Under the Color of Law, Aiding and Abetting a (RICO) are all very serious criminal acts. Especially when it collapses the American economy and causes a global war because we cannot pay back the loan. If this combination of criminals are above the law, and this Act of Treason and Sedition are continues to exist, our economic downturn will continue.

Page 18

43.

If this (RICO) is not above the law, the Plaintiff is available to rekindle the United States economy, and complete what I was attempting to do before this (RICO) attacked my life, we can overcome this economic collapse, and sew peace and the love for humanity globally.

44.

The PLAINTIFF concludes, the US Treasury account, the (4) International Bank Guarantees were never redeemed.  Therefore, the initial Treasury theft, the funds that could have been made by the Plaintiff, Punitive damages, pain and suffering, cruel and unusual punishment, and interest from March 13th, 1998 until today are due upon receipt of this complaint.

45.

The PLAINTIFF swears that the aforementioned evidence and statements are true and correct, and would testify before this Honorable Court and The United States Senate to clarify and support documents and statements with witnesses and additional documented facts.  And prays that this Court of Honor grants the PLAINTIFF Justice according to the laws provided by the United States CONSTITUTION!

Regards,

Jeffrey R. Berry

2133 West 95th Street

Chicago, Ill.  60643

| Notary | Date |
| --- | --- |

Page 19