# UNITED STATES DISTRICT COURT of COLUMBIA

## CIVIL Division

| | |
|---|---|
| **JEFFREY R. BERRY et.al** | ) |
| **Plaintiffs** | ) Case # : 1:23-cv-02519-JEB |
| V. | ) |
| **ROBERT RUBIN,** | ) |
| **ALAN GREENSPAN,** | ) |
| **JANET YELLIN et.al** | ) |
| **Defendants** | ) |

## MOTION TO REOPEN THE CASE UNDER RULE 60(b)

**1.**

**NOW COMES, JEFFREY R. BERRY**, a Pro Se litigant, hereinafter referred to as the **PLAINTIFF**. The **PLAINTIFF** has previously reported that the only reason why America is in $36 trillion dollars in debt, and cannot reverse the debt since **JEFFREY R. BERRY v. CITIBANK, F.S.B., 99-CV-7555, 7TH Circuit, Judge Ruben Castillo** (Appointed by Clinton), is because the DEFENDANTS robbed the **PLAINTIFF'S** United States Treasury Account #912810BU1. The Defendants actions were a violation of **Title 18 U.S.C. 2381-TREASON, SEDITION and SUBVERSIVE ACTIVITIES**. The **PLAINTIFF**, fully understands that Treason can only be prosecuted by the United States Senate, but treason activities can be "reported to the President of the United States, and/or any judge." The **PLAINTIFF** is reporting the activity of Treason, Sedition and Subversive Activities by the Defendants.

**2.**

**On June 23, 1999**, President Clinton balanced the budget, and projected a $1.3 trillion dollar surplus. That surplus was the **PLAINTIFF'S** Treaty money stolen from the Treasury. **On March 13, 2008**, the United States Treasury had to bail-out the entire American banking system. Today, America has no economic system. Nations are discontinuing to trade in US Dollars, and new markets have emerged to replace their dependencies on the US dollar for global trade. The European Union and NATO members have joined BRICS, and will soon discontinue trading in US currency. While nine Federal Judges appointed by President Clinton have conspired in concert to cover up the criminal activities of the Defendants by murder(s), terror, kidnapping, fraud in

RECEIVED
FEB - 4 2025
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

concert, forming a very powerful (RICO) organization operating above the law. This information is now packaged in documentary form.

3.

**On September 11, 1997**, the **PLAINTIFF** declared at Cantor Fitzgerald, New York, World Trade Center, and signed a Treaty between over fifty nations. The Treaty would have solidified the US dollar as the lead currency of the world for global trade for centuries to come. Today, BRICS has established a new system to serve nations who have been abused and overlooked in the past by the United States and abused like the **PLAINTIFF**. The **PLAINTIFF** proposal presented today, is the same as it was in 1998. If the US continues to turn a blind eye, deny or dismiss it, the US will get the same results as it did on **March 13, 1998**. The US currency will not recover until after civil unrest and restructure.

4.

The **PLAINTIFF** declares, I am prepared to invest **$100 billion in EURO** for humanitarian projects globally. The assets are lodged in (AA & AAA) banks in Switzerland, Asian, South America, Africa and Europe. After the Act of Treason in 1998 was covered up by the Judiciary on April 11, 2000, the EURO was created, and we continued. This Program will commence 10 days after the filing of this motion. If the US dollar will continue to be the currency for global trade, it will be reflected by the timely response to this motion.

5.

The **PLAINTIFF** contends, the United States currency is suffering and will continue to do so until the upcoming Civil War or we, as American citizens who abide by the Constitution, can identify the problems and solve it pursuant to the Federal Rules of Criminal and Civil procedures.

6.

In conclusion, if the **PLAINTIFF** is secured transferring billions of dollars into America for humanitarian efforts and benefits, please advise through the response to these (2) TWO Motions in one. The readdressing this case by merit, and the fact that the evidence provided herein constitutes **TREASON**, and your oath to office Article III, confirms the **PLAINTIFFS** position is to report it. If the **PLAINTIFF** is not secure transferring assets into the United States, it will be reflected in the US markets.

Thank You in Advance,

Jeffrey R. Berry

2133 West 95th Street

Chicago, Ill. 60643